IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL J. HOYT,**                                           ) | |
| )                                                            | |
| **Plaintiff,**                                     ) | |
| )                                              | **CIVIL ACTION** |
| v.                                               ) | |
| )                                                            | No. 23-2131-KHV |
| **CITY OF FORT SCOTT, KANSAS,**                                ) | |
| and the following individually and in their                    ) | |
| official capacity: **CITY COMMISSIONERS**                      ) | |
| **(current and formerly Seated 2/19), DAVE**                   ) | |
| **MARTIN (former City Manager), DAVE**                         ) | |
| **BRUNER (former Fire Chief), SUSAN**                          ) | |
| **BANCROFT (former Finance Director),**                        ) | |
| **RHONDA DUNN (former Finance Director),**                     ) | |
| )                                                              | |
| **Defendants.**                                    ) | |
| _____) | |

## MEMORANDUM AND ORDER AND ORDER TO SHOW CAUSE

On February 21, 2023, in the District Court of Bourbon County, Kansas, plaintiff filed suit against the City of Fort Scott, Kansas, current and former City Commissioners, and various former City officials, alleging violations of his rights under the First Amendment of the U.S. Constitution and state law.  See 42 U.S.C. § 1983; 28 U.S.C. § 1343.  On March 24, 2023, the City removed the case to this Court.  Plaintiff alleges that after citizens filed a protest petition objecting to the use of general obligation bonds to purchase two fire trucks, defendants violated the First Amendment rights of plaintiff and other citizens by failing to hold an election related to the bond issue.  Plaintiff has not alleged that he signed the protest petition or that the City actually issued general obligation bonds to buy the fire trucks.  This matter is before the Court on Defendant's Motion To Dismiss (Doc. #5), which the City filed March 31, 2023.  For reasons stated below, the Court sustains the City's motion to dismiss and orders plaintiff to show cause why the Court should not dismiss the remaining claims.

Plaintiff did not respond to the City's motion to dismiss.  If plaintiff fails to timely respond to a motion to dismiss, the Court will consider and decide the motion as uncontested and ordinarily grant it without further notice.  See D. Kan. R. 7.1(c).  For this reason and for substantially the reasons stated in the Memorandum In Support Of Defendant's Motion To Dismiss (Doc. #6) filed March 31, 2023, the Court sustains defendant's motion.  The Court dismisses plaintiff's complaint against the City of Fort Scott, Kansas for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

On or before June 16, 2023, plaintiff shall show good cause in writing why his claims against the current and former City Commissioners, Dave Martin, Dave Bruner, Susan Bancroft and Rhonda Dunn should not be dismissed for failure to state a claim on which relief can be granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion To Dismiss (Doc. #5) filed March 31, 2023 is **SUSTAINED.  The Court dismisses plaintiff's claims against the City of Fort Scott, Kansas for failure to state a claim on which relief can be granted.**

**IT IS FURTHER ORDERED that on or before June 16, 2023, plaintiff shall show good cause in writing why his claims against the current and former City Commissioners, Dave Martin, Dave Bruner, Susan Bancroft and Rhonda Dunn should not be dismissed for failure to state a claim on which relief can be granted.**

Dated this 6th day of June, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge